## Case No. 5,018.

FOY et al. v. HUNTER.

[9 O. G. 543 (No. 1).]

Circuit Court, S. D. Illinois. Feb. 14, 1876.

Thos. H. Dodge, for complainants.
Winfield S. Coy, for defendant.

## Case No. 5,019.

FOY v. HUNTER et al.

[9 O. G. 543 (No. 2).]

Circuit Court, S. D. Illinois. Feb. 14, 1876.

TREAT, District Judge. This cause coming on to be heard upon the pleadings and proofs therein, and Mr. Thos. H. Dodge ap-

[1] [No. 39,911.]

pearing for the complainant, and filing an original stipulation, signed by the defendants. waiving any further defense therein, it is now, at this day, ordered, adjudged, and decreed: (1) That the letters patent granted to Lavinia H. Foy, May 1, 1866, for improvement in combined corsets and bustles, No. 54,323, in the bill of complaint, in this cause mentioned and set forth, are good and valid letters patent; and that the complainant became vested with the exclusive right in and to the said letters patent, as in said bill alleged and claimed. (2) That the said defendants have infringed upon the said complainant in her exclusive right under said letters patent aforesaid, as in said bill set forth, and by the testimony in this cause set forth and proven. (3) And it being admitted and agreed, by the stipulation aforesaid, that all the' damages due to the said complainant for the infringement aforesaid, excepting one dollar damages and one dollar profits, have been settled and paid to the full satisfaction of said complainant; it is further ordered, adjudged, and decreed that the said defendants, their attorneys, agents, servants. and workmen be perpetually enjoined during the lifetime of the said letters patent, from making, manufacturing, selling, or using, in violation of the said letters patent, any corset skirt-supporter containing the said invention of the said Lavinia H. Foy, in the said letters patent set forth and described, and that an injunction issue accordingly. (4)' And it is further ordered that the said defendants pay to the said complainant her costs of this suit, to be taxed, together with one dollar damages and one dollar profits, and that the said complainant have execution therefor according to the course and practice of this court.